UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Douglas Bersaw, et al.

v.                                        Civil No. 14-cv-338-JD

Resolve Solution Services Corporation

ENTRY OF DEFAULT AS TO
Resolve Solution Services Corporation

It appears that the plaintiff sent a Waiver of Service to an officer of the defendant corporation, Resolve Solutions Services Corporation, as required by Fed. R. Civ. P. 4(d)((1)(A)(ii), and it was signed for by an attorney representing the defendant. The above-named party having failed to respond within the time and in the manner provided by Fed. R. Civ. P. 12, default is herewith entered as to Resolve Solution Services Corporation in accordance with Local Rule 55.1.

By November 10, 2014, the Plaintiffs shall submit a motion for default judgment and, if appropriate under Fed. R. Civ. P. 55(b)(1), an affidavit specifying damages. Unless notified by the court that the motion has been approved, a damages hearing will be held before Magistrate Judge Andrea K. Johnstone on Friday, December 12, 2014 at 10 AM.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: October 10, 2014

cc:   Douglas Bersaw, pro se
      Kathleen Bersaw, pro se
      Resolve Solution Services Corporation