UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Douglas Bersaw, et al.</u>

        v.                        Civil No. 14cv338-JD

<u>Resolve Solution Services Corporation</u>

<u>ORDER OF DISMISSAL</u>

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

                                      */s/ Joseph A. DiClerico, Jr.*
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

Date: December 16, 2014

cc:   Douglas Bersaw, pro se
      Kathleen Bersaw, pro se